[No. 13635–6–I.   Division One.   August 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY JAMES LINDGREN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–00296–8, Donald D. Haley, J., entered June 2, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Callow, J.

[No. 13436–1–I.   Division One.   August 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRYL JETHRO SPEARS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–01115–1, Maurice Epstein, J. Pro Tem., entered June 27, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Swanson, J.

[No. 13244–0–I.   Division One.   August 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EDWARD MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00893–8, Richard M. Ishikawa, J., entered April 26, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Swanson, J.